JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMJEET T.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 5:25-cv-02083-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,[1]

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED: September 29, 2026

Patricia Donahue

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisgnano, the current Commissioner of Social Security, is hereby substituted in as the Defendant.